No. 89–5957. PAPATHANASION v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–5960. MASON v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 89–5965. RIVERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–567. JIM SKINNER FORD, INC. v. WARREN ET UX. Sup. Ct. Ala. Motion of Automobile Dealers Association of Alabama et al. for leave to file a brief as amici curiae granted. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 89–2. CAMOSCIO v. TIERNEY, ADMINISTRATIVE JUSTICE, BOSTON MUNICIPAL COURT DEPARTMENT, ET AL., ante, p. 845;

No. 89–305. MCGUIRE, INDIVIDUALLY AND AS MOTHER AND NEXT FRIEND OF MCGUIRE, A MINOR v. CITY OF WOODWARD, OKLAHOMA, ET AL., ante, p. 918;

No. 89–306. RILEY v. UNITED PARCEL SERVICE, ante, p. 918;

No. 89–445. BRUCE v. HARLAN & HARLAN ET AL., ante, p. 937;

No. 89–461. CAMOSCIO v. DUKAKIS ET AL., ante, p. 920;

No. 89–5117. CLARK v. NEW MEXICO, ante, p. 923; and

No. 89–5483. DITTA v. BRANCH MOTOR EXPRESS & FREIGHT DRIVERS, HELPERS, DOCKMEN & ALLIED WORKERS, LOCAL UNION 375, ante, p. 922. Petitions for rehearing denied.

No. 88–5763. SILVA v. CALIFORNIA, 488 U. S. 1019. Motion for leave to file petition for rehearing denied.

## DECEMBER 5, 1989

No. A–425 (89–6166). TOMPKINS v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.